# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3865

_____

United States of America,　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　Plaintiff - Appellee,　　　　　*
　　　　　　　　　　　　　　　　　　　*　　Appeal from the United States
　　v.　　　　　　　　　　　　　　　*　　District Court for the Eastern
　　　　　　　　　　　　　　　　　　　*　　District of Missouri.
Kevin Scott Miller,　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　　[UNPUBLISHED]
　　　　Defendant - Appellant.　　　　*

_____

Submitted: May 27, 2008
Filed: May 30, 2008

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

The United States Supreme Court granted certiorari in this case, vacated the judgment, and remanded the case to our court for further proceedings. We now vacate the opinion and judgment we entered in this case and remand to the district court for resentencing in light of the United States Supreme Court decision in Begay v. United States, __ U.S. __, 128 S. Ct. 1581 (2008).

_____